1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
9
10   CORNELUS E. LEWIS,
11   Plaintiff,
                                                Case No.  3:23-cv-00498-VC
12   v.
                                                **~~PROPOSED~~ ORDER**
13   FIRST NATIONAL BANK OF OMAHA and
     JOHN DOES 1-10,
14
15   Defendant.

16

17       Plaintiff, CORNELUS E. LEWIS ("Plaintiff"), by and through his attorneys, Sulaiman Law
18   Group, Ltd., having filed with this Court his Agreed Stipulation of Dismissal with Prejudice as to
19
20   FIRST NATIONAL BANK OF OMAHA and JOHN DOES 1-10, and the Court having reviewed
21   same, now finds that this matter should be dismissed.

22       IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby
23   dismissed, with prejudice.
24
25   Dated:   October 24, 2023
26
27                                              _____
                                                Judge, U.S. District Court
28

1